**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02166-CMA-KMT

NOE M. SANTA MARIA,

    Plaintiff,

v.

MR. OLIVER,USP FLX Warden,
DR. ALLRED, D.DO, USP FLX Med. Dpt. and
DR B. CINK, PA-C, USP FLX Med. Dpt,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming June 17, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on July 8, 2015, it is

    ORDERED that Plaintiff's objection (Doc. 20) is OVERRULED.  It is

    FURTHER ORDERED that the Recommendation of United States Magistrate Judge Tafoya  (Doc. 19) is AFFIRMED and ADOPTED as an order of this Court. Pursuant to the Recommendation, it is

    FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 40) is GRANTED.  It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED July 8, 2015

                           FOR THE COURT:
                           JEFFREY P. COLWELL, CLERK

                     By:  s/   V. Barnes

                         V. Barnes
                         Deputy Clerk